

# IN THE COURT OF CRIMINAL APPEALS OF TEXAS

## NO. WR-83,703-01

## EX PARTE ALVARO SANCHEZ, Applicant

## ON APPLICATION FOR A WRIT OF HABEAS CORPUS
## CAUSE NO. 08-CR-00000874-E IN THE 357TH DISTRICT COURT
## FROM CAMERON COUNTY

*Per curiam*.

**O R D E R**

Pursuant to the provisions of Article 11.07 of the Texas Code of Criminal Procedure, the clerk of the trial court transmitted to this Court this application for a writ of habeas corpus. *Ex parte Young*, 418 S.W.2d 824, 826 (Tex. Crim. App. 1967). Applicant was convicted of driving while intoxicated and sentenced to two years' imprisonment. He did not appeal his conviction.

Applicant contends that he was denied pre-sentence credit and that trial counsel failed to request such credit when Applicant was sentenced. The trial court concluded that trial counsel was not ineffective, but it recommended that Applicant receive 322 days of pre-sentence credit.

We agree that Applicant has not demonstrated that trial counsel was ineffective. This ground is denied. Applicant's other grounds relating to pre-sentence credit are dismissed. He should file

a motion for a judgment *nunc pro tunc*. *Ex parte Ybarra*, 149 S.W.3d 147, 148-49 (Tex. Crim. App. 2004). If the trial court denies his motion or fails to respond, Applicant may file an application for a writ of mandamus in the court of appeals. *Ex parte Florence*, 319 S.W.3d 695, 696 (Tex. Crim. App. 2010). This application is denied in part and dismissed in part.

Filed: August 26, 2015
Do not publish